# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, in the City of New York, on the 29th day of June, two thousand and fifteen,

_____

Gardner

v.

Lefkowitz

_____

**ORDER**
Docket Number: 15-1139

The Court's Order directing a Pre-Argument Conference with Circuit Mediator **Lisa Greenberg**, on June 30, 2015, is hereby VACATED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

