# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** #15-1139

**Caption [use short title]**

**Motion for:** Extension of Time to File Appellant's Brief

Gardner v. Lefkowitz

**Set forth below precise, complete statement of relief sought:**

Appellant seeks to have a three week extension of the time to file her brief from July 27, 2015. to August 17, 2015

The grounds for the relief sought are the recent serious illness and hospitalization of Appellant's counsel and his need for recuperation.

**MOVING PARTY:** Defendant S. Lefkowitz
☐ Plaintiff  ☑ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

**OPPOSING PARTY:** Plaintiff P. Gardner

**MOVING ATTORNEY:** Appellant's Attorney

**OPPOSING ATTORNEY:** Cinque & Cinque. P.C.

[name of attorney, with firm, address, phone number and e-mail]

Jonathan David Bachrach, Esq.
55 Water Street - 32nd Floor
New York, NY

845 Third Avenue  Suite 1400
New York, NY 10022

**Court-Judge/Agency appealed from:** United States District Court - Southern District of New York.

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed  ☐ Opposed  ☑ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this Court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency:

not applicable

Is oral argument on motion requested?  ☐ Yes  ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date: _____

**Signature of Moving Attorney:** _____  **Date:** 7-14-15  **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev. 12-13)